**25-1847**

-----------------------------------------------------------------

# United States Court of Appeals
# for the Seventh Circuit

-----------------------------------------------------------------

STEPHANIE SCHOLL and FRANK BEDNARZ,

*Plaintiffs-Appellants,*

v.

ILLINOIS STATE POLICE, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, JAY R. PRITZKER, in his official capacity as Governor of Illinois, and KWAME RAOUL, in his official capacity as Attorney General of Illinois,

*Defendants-Appellees.*

-----------------------------------------------------------------

On Appeal from the United States District Court
for the Northern District of Illinois
Case No. 1:24-cv-04435
Honorable Martha M. Pacold

-----------------------------------------------------------------

**APPELLANTS' CIRCUIT RULE (3)c DOCKETING STATEMENT**

-----------------------------------------------------------------

Reilly Stephens
   *Counsel of Record*
Bridget Conlan
Liberty Justice Center
7500 Rialto Blvd., Suite 1-250
Austin, TX, 78735
(512) 481-4400
rstephens@libertyjusticecenter.org
bconlan@libertyjusticecenter.org

   *Attorneys for Appellants*

1

## APPELLANTS' CIRCUIT RULE 3(C) DOCKETING STATEMENT

Plaintiffs-Appellants submit this docketing statement pursuant to Circuit Rule 3(c) of the United States Court of Appeals for the Seventh Circuit.

### Jurisdiction

The United States District Court for the Northern District of Illinois had jurisdiction over this case pursuant to 28 U.S.C. § 1331, because Plaintiffs' claims allege violations of the Fourth and Fourteenth Amendments to the United States Constitution; and 28 U.S.C. § 1343, because relief is sought under 42 U.S.C. § 1983.

The United States Court of Appeals for the Seventh Circuit has jurisdiction of this case under 28 U.S.C. § 1291. On May 15, 2025, Plaintiffs filed a timely notice of appeal (District Docket 45) of the District Court's order granting Defendant's Motion to Dismiss (District Docket 41 & 44).

### Prior or Related Appellate Proceedings

There are no prior or related appellate proceedings.

### Parties to the lawsuit appearing in their official capacities

Defendant Brendan F. Kelly appears in his official capacity and is the current Director of the Illinois State Police. Defendant Governor Jay R. Pritzker appears in his official capacity and is the current Governor of Illinois. Defendant Kwame Raoul appears in his official capacity and is the current Attorney General of Illinois.

### Counsel of Record

Plaintiffs' counsel of record in this matter is Reilly Stephens.

Respectfully submitted,

/s/ Bridget Conlan

Reilly Stephens
Bridget Conlan
Liberty Justice Center
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
(512)481-4400
rstephens@libertyjusticecenter.org
bconlan@libertyjusticecenter.org

*Appellants' Counsel*

*Served via CM/ECF*

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on opposing counsel via electronic filing on the CM/ECF system.

/s/ Bridget Conlan

Bridget Conlan
Liberty Justice Center
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
(512)481-4400
bconlan@libertyjusticecenter.org

*Appellants' Counsel*