# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 23, 2025

*By the Court:*

| No. 25-1847 | STEPHANIE SCHOLL and FRANK BEDNARZ, Plaintiffs - Appellants v. ILLINOIS STATE POLICE, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-04435  Northern District of Illinois, Eastern Division  District Judge Martha M. Pacold ||

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement that provides information concerning appellate jurisdiction.

In the present case, appellants' Circuit Rule 3(c) docketing statement fails to set forth the date of entry of the order sought to be reviewed. Appellants must provide this information. Accordingly,

**IT IS ORDERED** that appellants shall file an amended docketing statement that provides a complete statement of jurisdiction that includes the omitted information. The statement is due on or before May 30, 2025.

form name: **c7_Order_BTC**   (form ID: **178**)