# United States Court Of Appeals
## For the Seventh Circuit
## Chicago, Illinois 60604

### **SUBSTITUTE APPEARANCE**

| | |
|---|---|
| Appellate Court No.: | 25-1847                Docketed on: 5/16/2025 |
| Short Caption: | Stephanie Scholl, et al v. Illinois State Police, et al |
| District Court Judge: | Martha M. Pacold |
| District Court No.: | 1:24-cv-04435 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You must either enter your appearance within 10 days of docketing this appeal pursuant to Circuit Rule 12(c) or indicate your non - involvement by filing a motion with this court. A "Certificate of Interest" pursuant to Circuit Rule 26.1 must also accompany this form if you intend to participate in this case.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:
<u>Illinois State Police, Brendan F. Kelly, J.B. Pritzker, and Kwame Raoul</u> as the:

| | | | | | |
|---|---|---|---|---|---|
| [ ] | appellant(s) | [x] | appellee(s) | [ ] | amicus curiae |
| [ ] | petitioner(s) | [ ] | respondent(s) | [ ] | intervenor(s) |

Verify that the address and firm (if any) information is accurate. If incorrect, strike through the incorrect information and record it correctly.

| | |
|---|---|
| Firm, Office or Facility: | OFFICE OF THE ATTORNEY GENERAL |
| Unit, Division or Section: | CIVIL APPEALS DIVISION |
| Address: | 115 South LaSalle Street |
| City/State/Zip: | Chicago, Illinois 60603 |
| Firm Telephone Number: | (312) 814-3000 |

| | |
|---|---|
| Name: | <u>Anna W. Gottlieb</u> |
| Signature: | <u>/s/ Anna W. Gottlieb</u> |
| Direct Phone No. | (773) 590-7793 |
| Admitted to Appellate Court? | Yes |

Lead counsel must be admitted to this court within 30 days of docketing and any attorney who orally argues must be admitted to this court, pursuant to Circuit Rule 46(a).

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on June 3, 2025, I electronically filed the foregoing Substitute Appearance Form with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this case, named below, are registered CM/ECF users and will be served via the CM/ECF system.

Bridget Conlan
bconlan@libertyjusticecenter.org

Reilly Stephens
rstephens@libertyjusticecenter.org

/s/ Anna W. Gottlieb
ANNA W. GOTTLIEB
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2234 (office)
(773) 590-7793 (cell)
Anna.Gottlieb@ilag.gov