**25-1847**

---

**United States Court of Appeals
for the Seventh Circuit**

---

STEPHANIE SCHOLL and FRANK BEDNARZ,

*Plaintiffs-Appellants,*

v.

ILLINOIS STATE POLICE, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, JAY R. PRITZKER, in his official capacity as Governor of Illinois, and KWAME RAOUL, in his official capacity as Attorney General of Illinois,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Northern District of Illinois
Case No. 1:24-cv-04435
Honorable Martha M. Pacold

---

**UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**

---

Reilly Stephens
Bridget Conlan
Liberty Justice Center
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
(512)481-4400
rstephens@libertyjusticecenter.org
bconlan@libertyjusticecenter.org

Pursuant to Federal Rule of Appellate Procedure 26 and Seventh Circuit Rule 26, Appellants Stephanie Scholl and Frank Bednarz respectfully request a 60-day extension of time, to and including Monday, August 24, 2025, to file their principal brief in this case.

This is Appellant's first request for an extension of time. Counsel for Appellee does not oppose the extension. In support of this unopposed motion, Appellants further state:

1. This appeal involves claims raising Fourth Amendment issues related to warrantless searches by automated license plate readers (ALPRs).

2. As of June 9, 2025, Appellants' counsel, Bridget Conlan, has accepted a position with a different firm, beginning at the end of June.

3. Appellants' counsel, Reilly Stephens and Bridget Conlan, are also counsel in *V.O.S. Selections Inc. v. Trump* (Fed. Cir. case no. 25-1812) challenging the President's 'Liberation Day' tariffs, which is proceeding on an emergency basis in the Federal Circuit Court of Appeals, requiring much of their time and attention over the next few months.

4. Currently, Appellant's principal brief deadline is set for June 25, 2025.

5. For the foregoing reasons, the requested 60-day extension is necessary to ensure that Appellants' counsel can adequately prepare their principal brief.

6. Appellants' counsel conferred with Appellee's counsel Anna Gottlieb on June 4, 2025, regarding this request for a 60-day extension, and on June 5, 2025, she stated that Appellee does not object to this request for an extension of time.

1

## CONCLUSION

For the foregoing reasons, Appellants respectfully request a 60-day extension of time, to and including **Monday, August 24, 2025**, in which to file their principal brief.


Dated: June 12, 2025                    Respectfully submitted,

                                        /s/ Reilly Stephens

                                        Reilly Stephens
                                        Bridget Conlan
                                        Liberty Justice Center
                                        7500 Rialto Blvd., Suite 1-250
                                        Austin, TX 78735
                                        (512)481-4400
                                        rstephens@libertyjusticecenter.org
                                        bconlan@libertyjusticecenter.org


                                        *Appellants' Counsel*

                                        *Served via CM/ECF*

# AFFIDAVIT OF REILLY STEPHENS

I, Reilly Stephens swear and affirm that the following is true and correct:

1. I am lead counsel in *Scholl v. Illinois State Police* (25-1847, Seventh Circuit)

2. Bridget Conlan is co-counsel in *Scholl v. Illinois State Police*

3. Ms. Conlan and I are also co-counsel in *V.O.S. Selections Inc. v. Trump* (case no. 25-1812, Federal Circuit Court of Appeals; case no. 25-66 Court of International Trade) challenging President Trump's tariffs imposed by Executive Order.

4. *V.O.S. Selections Inc. v. Trump* is currently proceeding on an emergency basis in the Federal Circuit Court of Appeals.

5. Ms. Conlan has also accepted a position at a different firm, and therefore Mr. Stephens will be sole counsel on this case at the end of June.

6. On June 4, 2025, I conferred with Counsel for Appellees, who agreed to this 60 day extension.

Dated: June 12, 2025

/s/ Reilly Stephens
Reilly Stephens
Liberty Justice Center
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
(512)481-4400
rstephens@libertyjusticecenter.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ Reilly Stephens</u>

Reilly Stephens
Liberty Justice Center
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
(512)481-4400
rstephens@libertyjusticecenter.org

*Appellants' Counsel*