# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 13, 2025

*By the Court:*

| No. 25-1847 | STEPHANIE SCHOLL and FRANK BEDNARZ, Plaintiffs - Appellants  v.  ILLINOIS STATE POLICE, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-04435  Northern District of Illinois, Eastern Division  District Judge Martha M. Pacold ||

Upon consideration of the **UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE APPELLANTS' PRINCIPAL BRIEF**, filed on June 12, 2025, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief and required short appendix of the appellants are due by August 25, 2025.

2. The brief of the appellees is due by September 24, 2025.

3. The reply brief of the appellants, if any, is due by October 15, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)