25-1847
-----------------------------------------------------------------
**United States Court of Appeals
for the Seventh Circuit**
-----------------------------------------------------------------

STEPHANIE SCHOLL and FRANK BEDNARZ,

*Plaintiffs-Appellants,*

v.

ILLINOIS STATE POLICE, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, JAY R. PRITZKER, in his official capacity as Governor of Illinois, and KWAME RAOUL, in his official capacity as Attorney General of Illinois,

*Defendants-Appellees.*

-----------------------------------------------------------------
On Appeal from the United States District Court
for the Northern District of Illinois
Case No. 1:24-cv-04435
Honorable Martha M. Pacold
-----------------------------------------------------------------

**MOTION FOR BRIDGET CONLAN TO WITHDRAW AS COUNSEL FOR APPELLANTS**

-----------------------------------------------------------------

Bridget Conlan moves to withdraw as counsel on behalf of Appellants Stephanie Scholl and Frank Bednarz. Appellants will continue to be represented by counsel of record Mr. Reilly Stephens of the Liberty Justice Center. In support of this motion to withdraw as counsel, Ms. Conlan further states:

1. Mr. Reilly Stephens is serving as counsel of record for Appellants in this case.

2. On May 21, 2025, Ms. Conlan filed an entry of appearance on behalf of Appellants Stephanie Scholl and Frank Bednarz as additional counsel. Dkt. 2

3. On June 10, 2025, Ms. Conlan gave notice to her employer that she was resigning her position at Liberty Justice Center and taking on a new position at another law firm, effective June 27, 2025.

4. Appellant's opening brief and appendix are due on August 25, 2025. Dkt. 9

5. Ms. Conlan has notified opposing counsel that she would be leaving her employment at Liberty Justice Center.

6. Further, Ms. Conlan has notified the Appellants that she was leaving her employment at Liberty Justice Center, and that Mr. Stephens would continue representing them.

7. The Appellants are adequately represented in this appeal by Mr. Stephens in advance of the deadline to file their principal brief and appendix.

## CONCLUSION

For the foregoing reasons, this Court should enter an order allowing Ms. Conlan to withdraw as counsel of record on behalf of the Appellants Stephanie Scholl and Frank Bednarz.


Dated: June 18, 2025               Respectfully submitted,

                                   /s/ Bridget Conlan

                                   Reilly Stephens
                                   Bridget Conlan
                                   Liberty Justice Center
                                   7500 Rialto Blvd., Suite 1-250
                                   Austin, TX 78735
                                   (512)481-4400

rstephens@libertyjusticecenter.org
bconlan@libertyjusticecenter.org

*Appellants' Counsel*

*Served via CM/ECF*

# CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Bridget Conlan

Bridget Conlan
Liberty Justice Center
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
(512)481-4400
bconlan@libertyjusticecenter.org

*Appellants' Counsel*