# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 18, 2025

*By the Court:*

| No. 25-1847 | STEPHANIE SCHOLL and FRANK BEDNARZ,<br>Plaintiffs - Appellants<br><br>v.<br><br>ILLINOIS STATE POLICE, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-04435<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold ||

Upon consideration of the **MOTION FOR BRIDGET CONLAN TO WITHDRAW AS COUNSEL FOR APPELLANTS**, filed on June 18, 2025, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Attorney Bridget Conlan may withdraw from further representation of the appellants. Attorney Reilly Stephens shall continue to serve as counsel of record for appellants Stephanie Scholl and Frank Bednarz. Attorney Stephens is reminded of his obligation to file a disclosure statement in accordance with Circuit Rule 26.1. Counsel shall file his disclosure statement by June 25, 2025.

form name: **c7_Order_BTC**   (form ID: **178**)