No. 25-1847

# IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

**STEPHANIE SCHOLL ET AL.**,
*Plaintiffs-Appellants,*

v.

**ILLINOIS STATE POLICE ET AL.**,
*Defendants-Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CIVIL NO. 1:24-CV-04435

# UNITED STATES' MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT

STANLEY E. WOODWARD, JR.
Associate Attorney General

MICHAEL WEISBUCH
Senior Counsel
Department of Justice
Office of the Associate Attorney
   General
950 Pennsylvania Ave.,
Washington, D.C. 20530
(202) 322-2450
Michael.Weisbuch@usdoj.gov

*Attorneys for Amicus Curiae the
United States*

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, the United States moves for leave to participate in oral argument in this case as amicus curiae in support of Appellees. The United States requests leave to participate for 4 minutes of the 15 minutes allocated to Appellees. Counsel for Appellees consent to this motion, including the proposed division of time. Counsel for Appellants oppose.

Good cause exists to grant this motion. As with the filing of its amicus brief, the United States seeks to offer its perspective on the legality of the collection, retention, and use of Automatic License Plate Reader (ALPR) data. The United States has a unique federal perspective (informed by the views of the Department's various components) that is not adequately represented by the parties. For those and other reasons, the United States has filed amicus briefs in not only this case, but also similar civil appeals currently pending before the Fourth and Eleventh Circuits. *See Schmidt et al. v. City of Norfolk et. al.* (4th Cir. 26-1227); *Schemel et al. v. City of Marco Island Florida* (11th Cir. 25-13913).

The United States is also litigating the question whether the use of ALPR systems violates the Fourth Amendment in criminal cases across

1

the country that could be impacted by a decision in this case. Indeed, on July 29, 2026, the undersigned counsel will present oral argument before the Eleventh Circuit in a criminal appeal where the question presented is whether the use of ALPR data constituted a Fourth Amendment search. *See USA v. Slaybaugh* (11th Cir. 25-14394).

More broadly, the United States is litigating a variety of Fourth Amendment issues before the courts of appeals and the Supreme Court. The United States thus has a strong grasp of the legal issues presented and their practical implications. The United States also has a strong institutional interest in the proper interpretation and application of the Supreme Court's recent decision in *Chatrie v. United States*, 609 U.S. ---, 2026 WL 1855568 (U.S. June 29, 2026).

The United States thus requests that this Court grant the United States leave to participate in oral argument.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General


<u>*s/ Michael Weisbuch*</u>
MICHAEL WEISBUCH
Senior Counsel
Department of Justice
Office of the Associate Attorney
  General
950 Pennsylvania Ave.,
Washington, D.C. 20530
(202) 322-2450
Michael.Weisbuch@usdoj.gov

*Attorneys for Movant the United
States*

## Certificate of Compliance

This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it was prepared in Century Schoolbook, 14-point font. This motion complies with the type-volume limit set forth in Rule 27(d)(2)(A) because it contains 356 words.

s/ *Michael Weisbuch*

MICHAEL WEISBUCH
Senior Counsel

## Certificate of Service

I certify that on July 28, 2026, I electronically filed the foregoing brief with the clerk of the Court by using the CM/ECF system, which will send notification of filing to all counsel of record.

s/ *Michael Weisbuch*

MICHAEL WEISBUCH
Senior Counsel