# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 30, 2026

*By the Court:*

| | |
|---|---|
| No. 25-1847 | STEPHANIE SCHOLL and FRANK BEDNARZ,<br>Plaintiffs - Appellants<br><br>v.<br><br>ILLINOIS STATE POLICE, et al.,<br>Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:24-cv-04435
Northern District of Illinois, Eastern Division
District Judge Martha M. Pacold

Upon consideration of the **UNITED STATES' MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**, filed on July 28, 2026, by counsel for the amicus curiae United States of America,

**IT IS ORDERED** that the appellants shall file a response on or before August 10, 2026.

form name: **c7_Order_BTC**    (form ID: **178**)