# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 12, 2026

*By the Court:*

| | |
|---|---|
| No. 25-1847 | STEPHANIE SCHOLL and FRANK BEDNARZ,<br>Plaintiffs - Appellants<br><br>v.<br><br>ILLINOIS STATE POLICE, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-04435<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold | |

The following are before the court:

1. **UNITED STATES' MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**, filed on July 28, 2026, by counsel for amicus curiae United States.

2. **OPPOSITION TO MOTION OF AMICUS CURIAE UNITED STATES FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**, filed on August 10, 2026, by counsel for the appellants.

**IT IS ORDERED** that the motion is **GRANTED**. The United States may participate in oral argument on behalf of appellees. Pursuant to the appellees' agreement, the United States is allocated 4 minutes of appellees' oral argument time. The clerk of this court shall distribute a copy of this order to the assigned merits panel.